UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                                MDL No. 2327

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –53)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 530 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 27, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED ON
AUG 27 2012
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia
By_____ Deputy

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                         MDL No. 2327


SCHEDULE CTO-53 – TAG-ALONG ACTIONS


| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

CALIFORNIA NORTHERN

| CAN | 3 | 12-03572 | Cress et al v. Ethicon Inc. et al |

KENTUCKY WESTERN

| KYW | 1 | 12-00116 | Emerson v. Ethicon, Inc. et al |
| KYW | 3 | 12-00388 | King et al v. Johnson & Johnson et al |
| KYW | 3 | 12-00402 | Byrd v. Ethicon, Inc. et al |
| KYW | 3 | 12-00403 | Cross v. Ethicon, Inc. et al |
| KYW | 3 | 12-00405 | Lane v. Ethicon, Inc. et al |
| KYW | 3 | 12-00407 | Buie v. Ethicon, Inc. et al |
| KYW | 3 | 12-00409 | Eddington v. Ethicon, Inc. et al |

MINNESOTA

| MN | 0 | 12-01972 | Lynch et al v. Ethicon, Inc. et al |

MISSOURI EASTERN

| MOE | 4 | 12-01087 | Hester v. Johnson & Johnson et al |

NEW JERSEY

| NJ | 3 | 12-04226 | BUNCH v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04227 | BYRD et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04228 | DIAZ v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04229 | BAINES v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04230 | BETTS v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04231 | BOLDUC et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04232 | BOSWELL v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04233 | BREWSTER et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04234 | BROOKS v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04236 | ELMORE et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04237 | FITZPATRICK v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04238 | FRY v. JOHNSON & JOHNSON et al |

| | | | |
|---|---|---|---|
| NJ | 3 | 12-04239 | GAFFIELD et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04240 | GAINES v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04241 | HADLEY v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04242 | HALL et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04254 | HODGE et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04255 | HOPPER et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04256 | JEFFERSON v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04257 | JOHNSON v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04258 | GREEN et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04276 | LATHAM et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04310 | BARNES et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04311 | COX v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04312 | DUPONT v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04315 | JOHNSON et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04316 | KENNENDY et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04317 | LANDRY v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04382 | KHUDARY et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04383 | ELLINGWOOD v. JOHNSON & JOHNSON et al |

TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 1 | 12-00225 | Jones et al v. Johnson & Johnson et al |
| TNE | 1 | 12-00230 | Cannon v. Ethicon, Inc. et al |
| TNE | 2 | 12-00290 | Funk v. American Medical Systems, Inc et al |
| TNE | 2 | 12-00291 | Gulley et al v. Ethicon, Inc et al |
| TNE | 3 | 12-00352 | Doane v. Ethicon, Inc. et al (TV2) |